IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATUL K. AMIN FAMILY LIMITED PARTNERSHIP, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:20-cv-04161-JMG |
| | : | |
| STEWARD EASTON HOSPITAL, INC., *et al.,* | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 19th day of May, 2021, after careful consideration of Defendants Steward Easton Hospital, Inc., Steward Health Care System, LLC, and Steward Medical Group, Inc.'s Motion for Judgment on the Pleadings (ECF No. 6), Plaintiff Atul K. Amin Family Limited Partnership's Opposition to the Motion for Judgment on the Pleadings (ECF No. 7), and Defendants' Reply in Support of the Motion for Judgment on the Pleadings (ECF No. 8), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Judgment on the Pleadings (ECF No. 6) is **GRANTED,** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

2. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge